IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:06CR3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| COREY LEEVON OAKES. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's Motion to Suppress (#15). In accordance with Rules 12(b)(3)(C), 12(d), and 47, Federal Rules of Criminal Procedure, the court has conducted a hearing, at which testimony and evidentiary materials were presented. At the conclusion of the hearing, the parties stipulated that the issue presented was not whether the traffic stop was lawful, but whether the stop was unconstitutionally prolonged. In lieu of closing oral arguments on the issue, the parties agreed to submit written arguments.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government submit its brief in support of the stop not later than April 24, 2006, and the defendant submit his responsive brief not later than May 1, 2006.

Signed: April 12, 2006

Dennis L. Howell
United States Magistrate Judge