# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:06CR3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| COREY LEEVON OAKES ) | |

**THIS MATTER** is before the Court on the Magistrate Judge's Memorandum and Recommendation, filed May 8, 2006, recommending the Defendant's motion to suppress be denied, and the Defendant's objections thereto.

Final ruling on the Defendant's motion and objections to the Memorandum and Recommendation will be deferred until trial.

**IT IS, THEREFORE, ORDERED** that final ruling on the Defendant's motion to suppress is hereby deferred until trial.

Signed: May 23, 2006

Lacy H. Thornburg
United States District Judge