IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:06CR3

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| VS. | ) | **O R D E R** |
|  | ) |  |
| COREY LEEVON OAKES | ) |  |

**THIS MATTER** is before the Court on the Defendant's objections to the Magistrate Judge's Memorandum and Recommendation, filed May 8, 2006, that his motion to suppress be denied.

Having considered the objections, the Court finds that, for the reasons set forth in the Magistrate Judge's Memorandum and Recommendation,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to suppress is hereby **DENIED**.

Signed: June 26, 2006

Lacy H. Thornburg
United States District Judge